United States District Court, Southern District Of California
(The Honorable Janis L. Sammartino)

| United States of America, | Case No.: 3:22-cr-634-JLS |
|---|---|
| Plaintiff, | **Order Granting Joint Motion to Continue Motion Hearing / Trial Setting Hearing** |
| v. | |
| Ali David Lopez-Olmos, | |
| Defendant. | |

GOOD CAUSE APEARING, the Parties' joint request to continue the motion hearing/trial setting from April 22, 2022 at 1:30 p.m. to May 27, 2022 at 1:30 p.m. IS GRANTED. Time shall be excluded under the Speedy Trial Act between April 22, 2022 – May 27, 2022, due to pending motions and because additional time is necessary to avoid a miscarriage of justice, and for effective preparation, taking into account the Parties' exercise of due diligence. See 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7).

IT IS SO ORDERED.

Dated: April 18, 2022

Hon. Janis L. Sammartino
United States District Judge